UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>FNH, MODEL "FIVE-SEVEN", 5.7x28 CALIBER PISTOL, SERIAL NUMBER 386255811; and, 19 ROUNDS OF AMMUNITION,<br><br>                      Defendants. | NO: 4:15-CV-5050-TOR<br><br>ORDER OF DISMISSAL |

     A Complaint was filed in this matter on June 12, 2015.  ECF No. 1.  The file reflects two persons were served with the Notice of Complaint for Forfeiture.  ECF No. 7, 8.  On February 5, 2016, Motions for Entry of Default were filed.  ECF Nos. 11 and 12.  Clerk's Orders of Default were subsequently entered on February 5, 2015 at ECF Nos. 13 and 14.  On August 19, 2016, this Court entered an Order to Show Cause as to why this case should not be dismissed for failure to prosecute.  ECF No. 15.  The United States timely responded and conceded that notice of

ORDER OF DISMISSAL ~ 1

forfeiture by publication had not been accomplished, this procedural flaw cannot be remedied, and the case should be dismissed. ECF No. 17.

Accordingly, **IT IS HEREBY ORDERED:**

This action is **DISMISSED** for failure to timely publish notice of forfeiture. Rule G(4), Supp. R. Adm., Mar. & Forf. Claims to the Fed. R. Civ. P.

The District Court Executive is hereby directed to enter this Order, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** August 31, 2016.

THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2